UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-00027-SMM

UNITED STATES OF AMERICA

v.

JOSE ALEXANDER FLORES-
HERNANDEZ,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Stacey Bergstrom*
STACEY BERGSTROM
Assistant United States Attorney
Court ID No.     A5502614
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0952
Email: Stacey.Bergstrom@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                           AUSA Stacey Bergstrom

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 22-MJ-00027-SMM |
| JOSE ALEXANDER FLORES-HERNANDEZ, ) | |
| ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 11, 2022__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Marc Blumsack, Deportation Officer, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: April 7, 2022

*Judge's signature*

City and state: Fort Pierce, Florida        Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marc Blumsack, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2016. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Alexander FLORES-Hernandez ("FLORES") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 11, 2022, FLORES was arrested on a state offense in Saint Lucie County, Florida. As part of the booking process, FLORES was fingerprinted by the Saint Lucie County Jail booking officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States.

4. I reviewed documents from the immigration alien file belonging to FLORES, AXXX XXX 818. A review of Department of Homeland Security electronic

records and the immigration alien file assigned to FLORES show that he is a native and citizen of Honduras. Records show that on or about November 20, 2014, FLORES was ordered removed from the United States. Records in the alien file show that on or about November 26, 2014, FLORES was removed from the United States to Honduras. Records further show that on or about August 16, 2018, FLORES was ordered removed from the United States. Records in the alien file show that on or about October 15, 2018, FLORES was removed from the United States to Honduras.

5. FLORES' fingerprint card from his January 11, 2022, arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Jose Alexander FLORES-Hernandez.

6. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if FLORES had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that FLORES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about January 11, 2022, Jose Alexander FLORES-Hernandez, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent

2

from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Marc Blumsack
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, by video conference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this ___7th___ day of April 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-00027-SMM

PENALTY SHEET

Defendant's Name:   JOSE ALEXANDER FLORES-HERNANDEZ

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Previously Removed Alien Found in the U.S. | 8 U.S.C. § 1326(a) | Up to 2 Years Imprisonment<br>$250,000 Fine<br>SR: Up to 1 year<br>$100 Special Assessment |