UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14025-CANNON/MAYNARD

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA,

v.

JOSE ALEXANDER FLORES-HERNANDEZ,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about January 11, 2022, in Saint Lucie County, in the Southern District of Florida, the defendant,

**JOSE ALEXANDER FLORES-HERNANDEZ,**

an alien, having previously been removed from the United States on or about November 26, 2014, and October 15, 2018, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
STACEY BERGSTROM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 2:22-cr-14025-CANNON/MAYNARD

v.

JOSE ALEXANDER FLORES-HERNANDEZ,
_____/
             Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

New Defendant(s) (Yes or No) \_\_\_\_
Number of New Defendants \_\_\_\_
Total number of New Counts \_\_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-mj-00027-SMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 4/7/2022

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _/s/ Stacey Bergstrom_
STACEY BERGSTROM
Assistant United States Attorney
Court ID No. A5502614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   2:22-cr-14025-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

JOSE ALEXANDER FLORES-
HERNANDEZ,
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
STACEY BERGSTROM
Assistant United States Attorney
Court ID No.    A5502614
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0952
Email: Stacey.Bergstrom@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14025-CANNON/MAYNARD

PENALTY SHEET

Defendant's Name: JOSE ALEXANDER FLORES-HERNANDEZ,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Previously Removed Alien Found in the U.S. | 8:1326(a) | Up to 2 Years Imprisonment<br>$250,000 Fine<br>SR: 1 Year<br>$100 Special Assessment |