**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-14025-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSE ALEXANDER FLORES-HERNANDEZ,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard following the Change of Plea Hearing [ECF No. 20]. On September 9, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 16] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 3] pursuant to a stipulation of facts and acknowledgment of offense elements in support of guilty plea. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered the guilty plea, and that the Court adjudicate Defendant guilty of Count 1 of the Indictment [ECF No. 3]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**.

2. The guilty plea entered into by Defendant Jose Alexander Flores-Hernandez as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 22-14025-CR-CANNON

3. Defendant Jose Alexander Flores-Hernandez is adjudicated guilty of the sole count of the Indictment, which charges him with having previously been removed from the United States on or about November 26, 2014, and October 15, 2018, was found to be in the United States, without the Attorney General of the Unites States, or his successor, the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of October 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record